# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136243-4

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CONTINENTAL TEVES, INC.,
       Plaintiff-Appellant,

v

WESCAST INDUSTRIES CORDELE, LLC,
and WESCAST INDUSTRIES, INC.,
       Defendants-Appellees.
_____/

SC: 136243
COA: 282073
Oakland CC: 06-075149-CZ

WESCAST INDUSTRIES CORDELE, LLC,
       Plaintiff-Appellee,

v

CONTINENTAL TEVES, INC.,
       Defendant-Appellant,

and

MARY McVEIGH,
       Defendant.
_____/

SC: 136244
COA: 282074
Oakland CC: 05-067103-CZ

On order of the Court, the application for leave to appeal the January 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

d0721

_____
Clerk